UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 17, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER MCCURIN,

    Defendant.

Case No. 2:16-mj-00062-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __CHRISTOPHER MCCURIN__, Case No. __2:16-mj-00062-KJN__ from custody for the following reasons:

    __X__    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    __X__    (Other):

Issued at Sacramento, California on March 17, 2016 at _3:00 pm_

By: _____

Magistrate Judge Carolyn K. Delaney